# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NSS TECHNOLOGIES, INC.,

    Plaintiff,

v.                                        Case No. 06-CV-15128-DT

LARRY BROKAW and SAEGERTOWN
MANUFACTURING CORP.,

    Defendants.
                                            /

**ORDER OF DISMISSAL**

On November 22, 2006, the parties appeared for a hearing on Plaintiff NSS Technologies' "Motion for Temporary Restraining Order and Preliminary Injunction." Prior to the hearing, the parties reached an amicable resolution to this matter, the general terms of which have been placed on the record. Accordingly,

IT IS ORDERED that the above-entitled action is DISMISSED without costs and without prejudice to the right of either party to move within thirty (30) days to vacate this order if settlement is not consummated. After 30 days from this date, this dismissal is with prejudice. The court shall retain jurisdiction to enforce the terms of the settlement.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: November 27, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 27, 2006, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522